QUOC HUNG TRAN, an Infant, by His Mother and Natural Guardian, MONG HOA LE, et al., Respondents, v. MARILYN DENMAN, Appellant.—In a negligence action to recover damages for personal injuries, etc., defendant appeals from order of the Supreme Court, Nassau County, dated April 17, 1974, which denied her motion to vacate the note of issue and statement of readiness and to strike the action from the calendar. Order modified by adding thereto a provision that defendant may conduct a pretrial examination of plaintiffs within 60 days after the entry of the order hereon. As so modified, order affirmed, with $20 costs and disbursements to plaintiffs. The examination shall be held within 60 days after entry of the order to be made hereon and upon a written notice of not less than 10 days, to be given by defendant. In view of the short time which elapsed between the filing of the note of issue and statement of readiness and the making of defendant's motion, the latter should not be foreclosed from conducting a pretrial examination (*Timmes* v. *Yeager,* 28 A D 2d 997; *Jongerius* v. *Good Samaritan Hosp.,* 44 A D 2d 719). Hopkins, Acting P. J., Martuscello, Latham, Shapiro and Christ, JJ., concur.

## (October 17, 1974)

KNOGO CORPORATION, Respondent, *v.* HOUSE & GARDEN, INC., Appellant. — Order of the Supreme Court, Nassau County, dated June 11, 1974, affirmed, with $20 costs and disbursements. No opinion. The time within which appellant may answer the complaint is extended until 20 days after entry of the order to be made hereon. Gulotta, P. J., Hopkins, Martuscello, Latham and Shapiro, JJ., concur.

## (October 18, 1974)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NEAL EVERS, Also known as CORNELIUS EVERS, Appellant.—Appeal by defendant, as limited by his brief, from a sentence of the County Court, Suffolk County, imposed May 13, 1974. Sentence affirmed. No opinion. The case is remitted to the County Court, Suffolk County, for proceedings to direct appellant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd. 5). Shapiro, Acting P. J., Cohalan, Christ, Brennan and Benjamin, JJ., concur.